02-11-300 & 301-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NOS.  02-11-00300-CR

                                                      
02-11-00301-CR

 

 


 
 
 Mark Timothy Gomez
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM County
Criminal Court No. 1 OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered appellant’s “Motion To Dismiss Appeal.”  The motion complies
with rule 42.2(a) of the rules of appellate procedure.  Tex. R. App. P. 42.2(a). 
No decision of this court having been delivered before we received this motion,
we grant the motion and dismiss the appeal.  See Tex. R. App. P. 42.2(a),
43.2(f).

 

PER
CURIAM

PANEL:  DAUPHINOT, J.; LIVINGSTON, C.J.; and
WALKER, J.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED:  December 15,
2011

 









[1]See Tex. R. App. P. 47.4.